```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        JUN 09 2016

            AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9 | UNITED STATES OF AMERICA,                    NO.  MJ16-254

10 |                          Plaintiff,

11 |          v.                                 DETENTION ORDER

12 | JASON JAN LUJAN,

13 |                          Defendant.

14

15 Offense charged:

16       Count 1:      Failure to Register as a Sex Offender

17 Date of Detention Hearing: June 9, 2016

18       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20 the following:

21       FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22       1.      Defendant has a prior offense for the same charge.

23       2.      There is no appropriate release location.

24       3.      Defendant's girlfriend, whose house is proposed as a release location, does not

25 want visits from the probation officer at her home.

26       4.      Defendant has a prior history of non-compliance with supervision.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

5.     There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)    Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of June, 2016.

*James P. Donohue*

_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2